UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WAGONER | * | CIVIL ACTION NO. 17-0035 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| NATHAN VICK ET AL. | * | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's motion for remand [doc. # 11] is hereby GRANTED. The cause is remanded to the Thirty-Ninth Judicial District for the Parish of Red River, State of Louisiana.

IT IS FURTHER ORDERED that Plaintiff's request for attorney fees and costs [doc. #11] is hereby DENIED.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Thirty-Ninth Judicial District for the Parish of Red River, State of Louisiana

SHREVEPORT, Louisiana, this 24th day of March, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE